1

2                                                                    *E-Filed 5/11/10*

3                              UNITED STATES DISTRICT COURT

4                            NORTHERN DISTRICT OF CALIFORNIA

5                                  SAN FRANCISCO DIVISION

6

7    HORACE A. BELL,                             No. C 10-1962 RS (PR)

8                Petitioner,                     **ORDER OF TRANSFER**

9         v.

10   KELLY HARRINGTON, Warden,
     and the Attorney General of California,

11
                 Respondents.

12   _____/

13

14        Petitioner Horace A. Bell has filed a petition for writ of habeas corpus to

15   challenge his 1994 conviction in the Los Angeles County Superior Court.  Los Angeles

16   County is in the venue of the Central District of California.  Venue is proper in a habeas

17   action in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d);

18   however, a petition challenging a conviction or the sentence imposed is preferably heard in

19   the district of conviction.  *See* Habeas L.R. 2254-3(b).  Because the conviction occurred in

20   the Central District of California, pursuant to 28 U.S.C. § 1404(a) and Habeas L.R.

21   2254-3(b), and in the interests of justice, this action is TRANSFERRED to the United States

22   District Court for the Central District of California.  The Clerk shall transfer this matter

23   forthwith.

24        **IT IS SO ORDERED**.

25   DATED:  May 11, 2010

26                                               _____
                                                 RICHARD SEEBORG
27                                               United States District Judge

28
                                                                    No. C 10-1962 RS (PR)
                                                                    ORDER OF TRANSFER

**United States District Court**
For the Northern District of California