JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HORACE BELL, aka<br>HORACE ANDREW BELL, true name<br>HORACE THOMAS,<br><br>            Petitioner,<br><br>vs.<br><br>KELLY HARRINGTON, WARDEN,<br><br>            Respondent. | Case No. CV 10-3599-CJC(RC)<br><br><br><br><br>JUDGMENT |

Pursuant to the Opinion and Order on a petition for habeas corpus,

IT IS ADJUDGED that the petition for writ of habeas corpus is SUMMARILY DISMISSED for lack of subject matter jurisdiction.

DATED: May 20, 2010

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

R&R-MDO\10-3599.jud
5/18/10